USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-7-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANSING SCHOOL DISTRICT,

            Plaintiff,

v.

IRONSHORE SPECIALTY INSURANCE COMPANY,

            Defendant.

20-CV-11093 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        On May 6, 2021, the parties submitted a joint letter informing the Court that they had reached a settlement agreement and exchanged all necessary documents to effectuate the settlement. Dkt. 13. The parties accordingly requested that the Court dismiss this action. The Clerk of Court is thus respectfully directed to close this case. If the parties seek to have the Court retain jurisdiction to enforce their settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within thirty-days. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated:    May 7, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge